

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, February 11, 2015

No. 04-14-00885-CR

Victor Perez **PRADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5355
Honorable N. Keith Williams, Judge Presiding

## O R D E R

On January 28, 2015, we issued a show cause order instructing appellant to provide written proof that the clerk's record and the reporter's record have been requested and that the fees for preparing each record have been paid or payment arrangements have been made. *See* TEX. R. APP. P. 35.3. Appellant timely responded. Accordingly, it is ORDERED that the clerk's record and the reporter's record must be filed in this Court **no later than thirty (30) days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court